IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| BLUFF CREEK PRODUCTION, LLC, | § | CASE NO. 16-70045 |
| | § | (Chapter 11) |
| Debtor. | § | |
| _____ | § | |
| | § | |
| BLUFF CREEK PRODUCTION, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | ADV. PROC. NO. 16-07017 |
| | § | |
| NEWAMCO, LLC. | § | |
| | § | |
| Defendant. | § | |

### PLAINTIFF'S MOTION TO DISMISS ADVERSARY PROCEEDING

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Bluff Creek Production, LLC, Plaintiff herein, and files its Motion to Dismiss Adversary Proceeding, and in connection therewith would show unto this Court as follows:

1. Plaintiff filed its adversary proceeding regarding an Application for Temporary Restraining Order on or about August 1, 2016.

2. A hearing on said matter was conducted on said date and the court concluded that the relief sought would not be granted.

3. Debtor would therefore respectfully request that the adversary proceeding be dismissed in that the adversary proceeding is now moot.

WHEREFORE, Debtor would respectfully request that the Adversary Proceeding be dismissed in that it is now moot and would further request any and all other relief to which it may be entitled.

Respectfully submitted.

/s/ *Jesse Blanco*

_____
Jesse Blanco, TBN 02449600
Attorney for Debtor
7406 Garden Grove
San Antonio, Texas 78250
713.320,3732  Telephone
210.509.6903  Facsimile
lawyerjblanco@gmail.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was provided to counsel for NEWAMCO, LLC, via ECF and also by US first class mail, postage prepaid, at the address indicated below, this 11th day of August, 2016.

/s/ *Jesse Blanco*

_____

Mr. Ross Spence, Esq.
Snow Spence Green, LLP
2929 Allen Parkway, Suite 2800
Houston, Texas 77019